1  Hal Taylor, Esq.
2  Bar No.: 4399
   2551 West Lakeridge Shores
3  Reno, NV 89519
   Tel: (775) 825-2223
4  Email: haltaylorlawyer@gbis.com
   Attorney for Plaintiff, Sherry Lynn Smith-Grube
5

6  Mark D. Barrett, Esq
   Osterhout Berger Disability Law, LLC
7  521 Cedar Way, Suite 200
   Oakmont, PA 15139
8  Ph.: 412-794-8003
   Fax: 412-794-8050
9  PA Bar ID: 201689
   Mark@mydisabilityattorney.com
10
   Pro Hac Vice Attorney for Plaintiff, Sherry Lynn Smith-Grube
11 Counsel had complied with LR IA 10-2

12
13                    IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF NEVADA
14                              SOUTHERN DIVISION

15   SHERRY LYNN SMITH-GRUBE,        )
                                     )
16                  Plaintiff,       )
                                     )
17       v.                          )   CIVIL ACTION NO.
                                     )   2:21-cv-01574-BNW
18                                   )
                                     )
19   KILOLO KIJAKAZI,                )   MOTION FOR EXTENSION OF
     Acting Commissioner of          )   TIME TO FILE PLAINTIFF'S
20   Social Security,                )   MOTION FOR REVERSAL
                                     )   AND/OR REMAND AND
21                  Defendant.       )   SUPPORTING BRIEF

22
23

24       AND NOW comes plaintiff, by and through counsel, Mark D. Barrett, Esq. and Hal

25  Taylor, Esq., and respectfully requests an extension of time of Thirty (30) DAYS to file her

26  Motion for Reversal and/or Remand and Supporting Brief.

27                                         1
28

There is good cause for this request. The certified administrative record in this case exceeds 2,000 pages and plaintiff intends on raising multiple fact-intensive issues, which combined with an unusually busy briefing schedule has resulted in the need for this request. As the Court is undoubtedly aware, defendant has been diligently working to "catch-up" the backlog of certified transcripts due in federal court Social Security disability appeals nationwide, which has had the effect of significantly increasing the number of cases calendared for briefing.[1] As a result, plaintiff respectfully requests a 30-day extension of time to file her opening brief; plaintiff will endeavor to submit her brief in advance of the extended deadline, but based on the foregoing respectfully requests an extension in order to ensure that the issues are fully and concisely presented to the Court.

Counsel for the defendant has been contacted and has no objection to this motion being granted, provided that SSA is allowed a concomitant extension of time to file its response.

BY: /s/ Hal Taylor
Hal Taylor, Esq.
Local Counsel
December 8, 2021

BY: /s/ Mark D. Barrett
Mark D. Barrett, Esq.
Pro Hac Vice Attorney for Plaintiff
December 8, 2021

### Order

**IT IS SO ORDERED**
**DATED:** 1:14 pm, December 09, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] In affidavits filed in many Social Security disability appeals from Jebby Rasputnis, SSA's Executive Director of the Office of Appellate Operations, Defendant reports that the Agency has essentially doubled the rate of production that existed pre-COVID-19 pandemic (from an average of 300-400 hearing transcriptions per week prior to the pandemic and to its current capacity to produce more than 700 per week).

**Certificate of Service**

I hereby certify that on the 8th day of December, 2021, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Daniel P. Talbert, Esq.
Social Security Administration
Office of the General Counsel
160 Spear Street, Suite 800
San Francisco, CA 94105
Daniel.Talbert@ssa.gov

Blaine T. Welsh, Esq.
U.S. Attorney's Office
501 Las Vegas Blvd South, Suite 1100
Las Vegas, NV 89101
Blaine.Welsh@usdoj.gov

/s/ Hal Taylor
Hal Taylor, Esq.

/s/ Mark D. Barrett
Mark D. Barrett, Esq.