AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SHERRY LYNN SMITH-GRUBE,

          Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-01574-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered for attorney fees for Plaintiff in the amount of Eight Thousand, Eight Hundred, Five Dollars ($8,805.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d). Additionally, Plaintiff is awarded $402.00 in costs expended for the filing of the complaint.

The awarded attorney fees be made payable to Plaintiff, Sherry Lynn Smith-Grube, and delivered to the business address of Plaintiff's counsel, Mark D. Barrett, Esquire.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 USC §406, subject to the provisions of the EAJA.

  9/2/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ T. Roush-Wallace  
Deputy Clerk